**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                          **CASE NO. 4:09-cr-71-SPM/WCS-1**

**STEVEN KRPATA,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 21) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **STEVEN KRPATA**, to Count One of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>seventeenth</u> day of December, 2009.

                               *s/ Stephan P. Mickle*
                               Stephan P. Mickle
                               Chief United States District Judge